UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HALL,<br><br>                                Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY dba WALGREENS; and DOES 1 through 25, inclusive,<br><br>                                Defendants. | Case No.:  21cv1838-W (NLS)<br><br>**ORDER SETTING SECOND TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

On December 8, 2022, the parties settled this case.  ECF No. 20.  The settlement remains pending and the parties are waiting for payment to be finalized.  Accordingly, the Court **SETS** a second telephonic Settlement Disposition Conference for **March 17, 2023**, at **10:00 a.m.** before the Honorable Nita L. Stormes.  Plaintiff's counsel must arrange the conference call.  If the parties timely file a Joint Motion for Dismissal, the Settlement Disposition Conference will be **VACATED** without further court order.

   **IT IS SO ORDERED.**

Dated:  February 3, 2023

_____
Hon. Nita L. Stormes
United States Magistrate Judge

1

21cv1838-W (NLS)