UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HALL,<br><br>                           Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY d/b/a WALGREENS., and DOES 1-25,<br><br>                          Defendants. | Case No.: 3:21-CV-01838-W-NLS<br><br>**ORDER VACATING TRIAL AND PRETRIAL DATES** |

On December 7, 2022, Magistrate Judge Nina L. Stormes held a Mandatory Settlement Conference and made a settlement recommendation. [Doc. 19.]  On December 8, 2022, the parties settled this case. [Doc. 20.]  Accordingly, the Court hereby **VACATES** all remaining trial and pretrial dates.

    **IT IS SO ORDERED.**

Dated:  February 22, 2023

                                                                  Hon. Thomas J. Whelan<br>
                                                                  United States District Judge