1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JEANETTE HALL,<br><br>                              Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY dba WALGREENS; and DOES 1 through 100, Inclusive,<br><br>                              Defendants. | Case No.: 21-cv-1838-W-NLS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [DOC. 26]** |

//
/
/
/
//

    Plaintiff Jeanette Hall and Defendant Walgreens Company dba Walgreens have filed a joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows parties to dismiss a case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). The stipulation [Doc. 26] is signed by counsel for both parties. The Court therefore **DISMISSES** this action **WITH PREJUDICE** per the parties'

stipulation.  Per the terms of the stipulation, each party is to bear its own attorneys' fees and costs.  The Clerk of Court is hereby **ORDERED** to close the district court case file.

     **IT IS SO ORDERED**.

Dated:  April 11, 2023

                                         _____
                                         Hon. Thomas J. Whelan
                                         United States District Judge